IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | Case No. 24-20202-SMG |
|---|---|
| LEONEL ENRIQUE NAVARRO BARRIOS | Chapter 7 |
| Debtor(s) | |

**APPLICATION FOR COMPENSATION FOR TRUSTEE**

    The application of Leslie S. Osborne respectfully represents that he was duly appointed Trustee in the above styled cause and that in the course of his/her administration as such Trustee, he has disbursed or turned over monies and property in the amount of **$5,000.00**.

    WHEREFORE, your Trustee requests this Court to allow him the maximum statutory fee in the amount of **$1,250.00** plus expenses of **$78.57** for a total of **$1,328.57**.

Dated: 09/10/2025

/s/ Leslie S. Osborne
Leslie S. Osborne
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350
Email: osbornetrustee@kennethrappaportlawoffice.com

Printed: Sep 10 2025  9:41AM

# Trustee's Compensation

**Debtor:** LEONEL ENRIQUE NAVARRO BARRIOS                              Case: 24-20202-SMG

| **Computation of Compensation** | |
|---|---:|
| Total disbursements to other that the debtor are: | $5,000.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
| 25% of first $5,000.00 | $1,250.00 |
| 10% of next $0.00 | $0.00 |
| 5% of next $0.00 | $0.00 |
| 3% of next $0.00 | $0.00 |
| **Calculated Total Compensation:** | **$1,250.00** |
| Plus Adjustment: | $0.00 |
| **Total Compensation:** | **$1,250.00** |
| Less Previously Paid: | **$0.00** |
| **Total Compensation Requested:** | $1,250.00 |
| **Trustee Expenses** | |
| POSTAGE                    4 @ $0.74 | $2.96 |
| POSTAGE                   52 @ $0.94 | $48.88 |
| POSTAGE                   27 @ $0.99 | $26.73 |
| **Subtotal Expenses:** | **$78.57** |
| Plus Adjustment: | $0.00 |
| **Total Expenses:** | **$78.57** |
| Less Previously Paid: | $0.00 |
| **Total Expenses Requested:** | **$78.57** |

    The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

    WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,250.00 as compensation and $78.57 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

DATED: September 10, 2025            Signed:    /s/ Leslie S. Osborne
                                                Leslie S. Osborne
                                                1300 N. Federal Hwy #203
                                                Boca Raton, FL 33432

Printed: Sep 10 2025  9:41AM                                                                 Page: 1

# Expense Worksheet
## Period: 09/30/2024 – 09/10/2025
## Trustee: Leslie S. Osborne (0823139)

| | | | |
|---|---|---|---|
| **Case Number:** | 24-20202-SMG | **Case Name:** | NAVARRO BARRIOS, LEONEL ENRIQUE |
| **Case Type:** | Asset | **Judge:** | Scott M Grossman |
| **Petition Date:** | 09/30/2024 | **341a Meeting:** | 11/14/2024 1:15 PM |

| Date | Description | Quantity @ Rate | Total |
|---|---|---|---|
| 09/10/2025 | POSTAGE: Turnover order ecf 30 | 27.00 @ $0.94 | $25.38 |
| 09/10/2025 | POSTAGE: abandonment ecf 27 | 25.00 @ $0.94 | $23.50 |
| 09/10/2025 | POSTAGE: nfr | 27.00 @ $0.99 | $26.73 |
| 09/10/2025 | POSTAGE: distributions | 4.00 @ $0.74 | $2.96 |
| | | **Total:** | **$78.57** |

Total for case 24-20202-SMG:                              $78.57

| | |
|---|---|
| Grand Total: | $78.57 |